[ x ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:  Case No  17-27516
    **PATRICE D. GOINS**

Chapter 13

**CHAPTER 13 PLAN**

**ADDRESS:** 4869 BLANDING MEMPHIS TN 38118

**DEBTOR (1)** shall pay $ 310 MONTHLY VIA DIRECT PAY BECAUSE NO EMPLOYMENT

**THIS PLAN [Rule 3015.1 Notice]:**

    (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]     ( ) YES ( X ) NO
    (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE    ( X ) YES ( ) NO
    COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
    (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].     ( ) YES ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE: (X)** Included in Plan; **OR** ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( X ) Wage Assignment, **OR** ( ) Trustee to:   Monthly Plan Payment:

**PRIORITY CLAIMS:**           Amount:               $

5. **HOME MORTGAGE CLAIMS**

6. **SECURED CLAIMS:**
  [Retain lien 11 U.S.C. §1325 (a)(5)]       Value of Collateral:     Rate of Interest:     Monthly Plan Payment:
    DRIVE FINANCIAL (SANTANDER)        $8000              5.25%             $160

7. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
  [Retain lien 11 U.S.C. §1325(a)]        Value of Collateral:     Rate of Interest:     Monthly Plan Payment:

8. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

9. **SPECIAL CLASS UNSECURED CLAIMS:**
                                      Amount:         Rate of Interest:     Monthly Plan Payment:
  **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
    ( )  Not provided for    **OR**  ( )  General unsecured creditor

10. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

11. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

12. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**

13. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    (  ) **%, OR,**

    ( x ) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

14. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

    (  ) Assumes    **OR**    (  ) Rejects.

15. **COMPLETION:** Plan shall be completed upon payment of the above, approximately 60 months.

16. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

17. **NON-STANDARD PROVISION(S):**

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

18. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

    19. **NON-STANDARD PROVISIONS:**

    **ANY NON-STANDARD PROVISIONS STATED ELSEWHERE IS VOID**

    20. **THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/THOMAS C FILA**                                                                **DATE:  8/29/17**